**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CASE NO.:5:18-cv-366-FL**

**JAMES ALLEN POINDEXTER, JERRY**
**JONES, GREGORY HOLT, AND THE**
**CONSTITUTION PARTY OF NORTH**
**CAROLINA,**

             **Plaintiffs,**

**v.**

**KIM WESTBROOK STRACH in her**
**official capacity as the Executive Director**
**of the North Carolina State Board of**
**Elections and Ethics Enforcement,**

             **Defendants.**

**MOTION FOR PRELIMINARY**
**INJUNCTION**

COME NOW the Plaintiffs and pursuant to Rule 65 of the Federal Rules of Civil Procedure hereby move the Court to for preliminary injunction against Defendant's enforcement of N.C. Sess. Law. 2018-13 during the 2018 election process because Plaintiffs are likely to be successful on the merits – retroactive application of laws in the middle of an election process violates the First and Fourteenth Amendments, because Plaintiffs' will suffer irreparable injury, the balance of equities favors Plaintiffs, and the public will benefit; and Plaintiffs submit their memorandum of law in support (filed contemporaneously with this Motion).

This the 7th day of August, 2018.

        /s/ S. Mark Henkle
        S. Mark Henkle, Esq.
        N.C. State Bar No. 49265
        P.O. Box. 241268
        Charlotte, NC 28224
        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system which sent notification of the same  to all counsel of record in this matter,

including:

> Mr. James Bernier, Jr. Esq.
> Special Deputy Attorney General
> N.C. State Bar No. 45869
> Email: jbernier@ncdoj.gov
> N.C. Department of Justice
> Post Office Box 629
> Raleigh, NC 27602-0629
> Telephone: (919)716-6900

This 7th day of August, 2018.

> MARTINEAU KING, PLLC


> /s/ S. Mark Henkle
> S. Mark Henkle, Esq.
> N.C. State Bar No. 49265
> P.O. Box. 241268
> Charlotte, NC 28224
> Tel: 704-247-8525
> Fax 704-247-8582
> mhenkle@martineauking.com
> *Attorney for Plaintiffs*