IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:18-CV-366

| | |
|---|---|
| JAMES ALLEN POINDEXTER, JERRY JONES, GREGORY HOLT, and THE CONSTITUTION PARTY OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>KIM WESTBROOK STRACH, in her official capacity as the Executive Director of the North Carolina State Board of Elections and Ethics Enforcement,<br><br>Defendant. | ORDER<br><br>(Fed. R. Civ. P. 6(b)(1)(A)) |

This matter is before the court to extend the time of defendant KIM WESTBROOK STRACH, in her official capacity as Executive Director of the North Carolina State Board of Elections and Ethics Enforcement, to answer or otherwise respond to the plaintiffs' Verified Complaint.

Based on the representations to the court and for good cause shown,

IT IS THEREFORE ORDERED, that the time for defendant to answer or otherwise respond to the plaintiffs' Verified Complaint, is hereby extended through and including October 1, 2018.

This the 28th day of August, 2018.

_____
United States District Judge