IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:18-cv-366

| | |
|---|---|
| JAMES ALLEN POINDEXTER, JERRY JONES, GREGORY HOLT, and THE CONSTITUTION PARTY OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>KIM WESTBROOK STRACH, in her official capacity as the Executive Director of the North Carolina State Board of Elections and Ethics Enforcement,<br><br>Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL** |

NOW COMES James Bernier, Jr., Special Deputy Attorney General, and gives notice of his withdrawal as counsel of record for Defendant, Kim Westbrook Strach, in her official capacity as Executive Director of the North Carolina State Board of Elections and Ethics Enforcement. The Defendant will continue to be represented by Amar Majmundar, Senior Deputy Attorney General and Olga E. Vysotskaya de Brito, Special Deputy Attorney General.

This the 17th day of December, 2018.

                                                    JOSHUA H. STEIN
                                                  Attorney General

                                                  /s/ James Bernier, Jr.
                                                  James Bernier, Jr.
                                                  Special Deputy Attorney General

N.C. State Bar No. 45869 N.C.
Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763
Email: jbernier@ncdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing NOTICE OF WITHDRAWAL OF COUNSEL with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This the 17th day of December, 2018.

/s/ James Bernier, Jr.
James Bernier, Jr.
Special Deputy Attorney General