UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES ALLEN POINDEXTER, JERRY JONES, GREGORY HOLT and CONSTITUTION PARTY OF NORTH CAROLINA, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| | ) | No. 5:18-CV-366-FL |
| KIM WESTBROOK STRACH, *in her official capacity as the Executive Director of the North Carolina State Board of Elections and Ethics Enforcement* | ) ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for permanent injunction, defendant's motion to dismiss for lack of subject matter jurisdiction and plaintiff's motion for attorney's fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 13, 2019, and for the reasons set forth more specifically therein, that plaintiff's motion for permanent injunction is DENIED AS MOOT, defendant's motion to dismiss for lack of subject matter jurisdiction is GRANTED and plaintiff's motion for attorney's fees is GRANTED IN PART AND DENIED IN PART. The court awards plaintiff $525.00 for services rendered by Elizabeth Martineau, and $22,675.00 for services rendered by Mark Henkle, to be paid by defendant.

**This Judgment Filed and Entered on June 14, 2019, and Copies To:**
Elizabeth A. Martineau / S. Mark Henkle (via CM/ECF Notice of Electronic Filing)
Amar Majmundar / Olga E. Vysotskaya De Brito / Paul M. Cox (via CM/ECF Notice of Electronic Filing)

June 14, 2019                    PETER A. MOORE, JR., CLERK

                                                /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk